IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01894-WYD-MJW

COLORADO JUDGMENT RECOVERY & INVESTIGATIONS, LLC, D/B/A
DIVERSIFIED RECOVERY,

    Plaintiff,

v.

TSEGA ABRHA and
AMBACHEW TEDLA,

    Defendants/Third-Party Plaintiffs,

v.

PACIFICARE OF COLORADO, INC., d/b/a PACIFICARE,

    Third-Party Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Stipulations of Dismissal With Prejudice, filed August 11, 2006 (docket #'s 23 & 24).  In the Stipulations, all parties stipulate to the dismissal of this case.  Therefore, I find that this case should be, and hereby is, **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney fees.

    Dated:  December 22, 2006

                                    BY THE COURT:
                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge